IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 620-016 |
| | * | |
| TREYVIOUS JEAN BAPTISTE | * | |

O R D E R

Pending before the Court is the United States' motion to dismiss indictment. (Doc. 11.) The United States moves to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a) because the Defendant Treyvious Jean Baptiste is deceased. Upon consideration and for good cause shown, the motion is **GRANTED**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA